IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEL CARR D.O. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA MENTAL HEALTH CENTER, INC., KEREY RUGGIERO , MICHAEL J. TAYLOR | | NO. 11-6721 |

O R D E R

AND NOW, this 25th day of January, 2012,

IT IS HEREBY ORDERED that the Assessment of Damages Hearing in the above-captioned case is RESCHEDULED to February 29, 2012 at 2:00 p.m.

s/paul s. diamond
_____
PAUL S. DIAMOND, J.

**MAILED FROM CHAMBERS - 1/25/12**

```
cc: Philadelphia Mental Health Center, Inc., Kerey Ruggiero and
    Michael J. Taylor
    1235 Pine Street
    Philadelphia, PA 19107
```

civil-o.frm (9/97)