UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOEL CARR, D.O.

v.

PHILADELPHIA MENTAL HEALTH
CENTER, INC., et. al.

CIVIL ACTION NO. 11-6721

### NOTICE OF VOLUNTARY DISMISSAL

To the Clerk:

Please be advised that the parties have settled this matter. Accordingly, please take the following actions:

1. Dismiss this action as to all Defendants;

2. Lift the default judgment against all Defendants; and

3. Remove the Assessment of Damages hearing scheduled for Wednesday, February 29, 2012 at 2 p.m. from Judge Diamond's docket.

Date: February 27, 2012

Respectfully submitted,

_____
Julia E. Gabis (#28477)
Mandy C. Rosenblum (#79715)
JULIA E. GABIS & ASSOCIATES
401 East Elm Street, Suite 200
Conshohocken, PA  19428
(610) 834-1212
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      This is to certify that on the 27 day of February, 2012, the foregoing Notice of Voluntary Dismissal was served via first-class mail on:

    Philadelphia Mental Health Center, Inc.,
    Kerey Ruggiero,
    Michael J. Taylor
    1235 Pine Street
    Philadelphia, PA  19107

                                      _____
                                      Julia E. Gabis (#28477)
                                      Mandy C. Rosenblum (#79715)
                                      JULIA E. GABIS & ASSOCIATES
                                      401 East Elm Street, Suite 200
                                      Conshohocken, PA  19428
                                      (610) 834-1212
                                      Attorneys for Plaintiff